UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF LOUISIANA LAFAYETTE
DIVISION

| | |
|---|---|
| BEAU A. DERISE | CIVIL ACTION NO. 6:21-CV-03669 |
| VERSUS | JUDGE JUNEAU |
| UNITED STATES DISTRICT COURT, ALEXANDRIA DIVISION | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, consistent with the report and recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the complaint filed in this lawsuit is dismissed without prejudice for failure to state a plausible, nonfrivolous claim on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiff, Beau A. Derise is ordered to **show cause in Courtroom 1, United States Courthouse, Lafayette, Louisiana, on December 27, 2021 at 11:00 a.m.** why he should not be placed on the list of sanctioned/barred litigants for this district, so that he can be barred from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the Chief Judge.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of November, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE